# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KRISNA CLARK                                                    PLAINTIFF

v.                      CASE NO. 5:17-CV-00219 BSM

TODD WRIGHT, et al.                                            DEFENDANTS

## ORDER

The proposed findings and recommendations [Doc. No. 35] submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful review, the proposed findings and recommendations are adopted in their entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 26] is granted, and Clark's complaint is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of August 2018.

_____
UNITED STATES DISTRICT JUDGE